[No. 41860-2-I.   Division One.   November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL DUANE
CHRISTIANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00597-9, Ann Schindler, J., entered
December 4, 1997. *Affirmed in part* and *remanded* by un-
published opinion per Appelwick, J., concurred in by Web-
ster and Baker, JJ.

[No. 42175-1-I.   Division One.   November 15, 1999.]

ADOLESCENT TREATMENT SERVICES, *Appellant*, v. ALLVEST,
INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-26245-3, Jim Bates, J., entered January
14, August 27, and November 10, 1998. *Affirmed in part*
and *remanded* by unpublished opinion per Appelwick, J.,
concurred in by Webster and Baker, JJ.

[No. 42201-4-I.   Division One.   November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID EUGENE
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-1-00925-6, James H. Allendoerfer,
J., entered January 15, 1998. *Affirmed* by unpublished
opinion per Coleman, J., concurred in by Webster and
Baker, JJ.

[No. 42928-1-I.   Division One.   November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT NEILS
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-1-01255-9, George N. Bowden, J.,
entered June 24, 1998. *Affirmed* by unpublished per curiam
opinion.